UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                          Case No. 2:24−cr−20693−SJM−DRG
                                              Hon. Stephen J. Murphy

Brady Peterson,

                    Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Brady Peterson

The defendant(s) shall appear before District Judge Stephen J. Murphy, III at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SENTENCING:  April 7, 2026 at 11:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                     By: s/Richard Loury
                                                         Case Manager

Dated:  January 6, 2026